|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, ET AL., | CASE NO. SA CV 15-0637-DOC (Ex) |
|---|---|
| Plaintiffs, | ASSIGNED TO THE HONORABLE DAVID O. CARTER |
| v. | |
| PRO TECH ENGINEERING CORPORATION, a California Corporation doing business as "PRO TECH ELECTRIC," | **JUDGMENT** |
| Defendant. | |

Plaintiff's motion for default judgment was filed on July 24, 2017, in the above-referenced Court, the Honorable David O. Carter, United States District Judge, presiding. After full consideration of the evidence and the authorities submitted by counsel:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff Trustees of the Southern California IBEW-NECA Pension Plan shall recover from Defendant Pro Tech Engineering Corporation, a California Corporation

///

///

///

-1-
JUDGMENT
CASE NO. SA CV 15-0637-DOC (Ex)

doing business as "Pro Tech Electric" ("Pro Tech"), the principal amount of $88,397.73, plus attorney's fees in the amount of $32,750.88 and costs in the amount of $400.00.

DATED: October 26, 2017

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE